

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2025

No. 04-25-00639-CV

**IN RE M & J GUERRERO TRUCKING** and Francisco Guerrero

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
              Adrian A. Spears, II, Justice
              H. Todd McCray, Justice

On October 6, 2025, relators filed a petition for writ of mandamus and emergency motion for temporary relief seeking to stay the trial scheduled in the underlying matter pending resolution of the petition for writ of mandamus. Relator subsequently advised this court that the trial setting in the underlying matter had been reset. Having considered the petition, record, and arguments of the parties, this court has determined that relators are not entitled to the relief requested. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(b). The motion for temporary relief is **DENIED AS MOOT**.

It is so **ORDERED** on December 10, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December 10, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 24-05-43384-MCV, styled *Alvino Felan v. M&J Guerrero Trucking and Francisco Guerrero*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.